UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL J. KOLODZIEJ,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendant. | Case No. 18-cv-00768-BLF<br><br>**ORDER REGARDING STIPULATION ON DEFENDANT'S TIME TO FILE RESPONSE TO THE COMPLAINT AND BRIEFING SCHEDULE**<br><br>[Re: ECF 8] |

The parties filed a stipulated request to extend Defendant's time to file a response to the complaint to May 17, 2018. ECF 8. In the stipulation, the parties also request that the Court allow Plaintiff to file any opposition on or before June 18, 2018 and Defendant to file any reply on or before July 9, 2018. *Id.* These requests are GRANTED.

The parties further ask that the hearing on any initial motions filed by Defendant be held on July 26, 2018. *Id.* That date is unavailable, and thus the Court is unable to accommodate that request. The Court advises that the parties are responsible for reserving a hearing in advance pursuant to Section C.1 of the Court's Standing Order Regarding Civil Cases. The Court's Standing Order requires a party to reserve a hearing date and file the motion(s) within 14 days thereafter. *See* Standing Order Regarding Civil Cases Section C.1. It is advised that the parties may have to reserve months in advance of the date they intend to have a hearing on a motion.

**IT IS SO ORDERED.**

Dated: March 29, 2018

                                                                                    BETH LABSON FREEMAN
                                                                                    United States District Judge