Francis J. "Casey" Flynn, Jr.
CA State Bar No. 304712
6220 W 3rd St # 115
Los Angeles, CA 90036
Telephone: (323) 424-4194
Email: francisflynn@gmail.com

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel J. Kolodziej, individually and on behalf of all others similarly situated,** <br><br> **Plaintiff** <br><br> v. <br><br> **SAMSUNG ELECTRONICS AMERICA, INC.** <br><br> **Defendant** | **CASE NO. 5:18-cv-00768-BLF** <br><br> **CLASS ACTION** <br><br> **NOTICE OF DISMISSAL OF PLAINTIFF DANIEL J. KOLODZIEJ'S CLAIMS AGAINST DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) WITHOUT PREJUDICE WITH EACH PARTY TO BEAR THEIR OWN COSTS** <br><br> **JURY TRIAL DEMANDED** |

COMES NOW, Plaintiff, Daniel Kolodziej ("Plaintiff"), by and through counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files Plaintiff's Notice of Voluntary Dismissal of Daniel Kolodziej's Claims Against Samsung Electronics America, Inc. ("Defendant") Pursuant to

41(a)(1)(A)(i) Without Prejudice with Each Party to Bear Its Own Costs and hereby dismisses each of Plaintiff's claims against Defendant, **without prejudice, with each party to bear its own costs**.

Defendant has not filed an answer in this case and has not filed a motion for summary judgment. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this lawsuit. A receiver has not been appointed in this case. This case is not governed by any federal statute that requires a court order for dismissal.

Accordingly, Plaintiff Daniel Kolodziej, hereby dismisses each of Plaintiff Daniel Kolodziej's causes of action against Defendant Samsung Electronics America, Inc. **without prejudice, with each party to bear its own costs**.

Dated: May 10, 2019

By: /s/ Francis J. "Casey" Flynn, Jr.
Francis J. "Casey" Flynn, Jr.
CA State Bar No. 304712
6220 W 3rd St # 115
Los Angeles, CA 90036
Telephone: (323) 424-4194
Email: casey@lawofficeflynn.com

**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filings system upon the parties of record.

/s/ Francis J. "Casey" Flynn, Jr.